# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KAREN ANN PRESTON, | : |
|---|---|
| Plaintiff, | : |
| | : |
| v. | : Civ. No. 18-2020 |
| | : |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

## O R D E R

**AND NOW**, this 5th day of December, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 9), Defendant's Response (Doc. Nos. 12, 13), and Plaintiff's Reply (Doc. No. 14), as well as the administrative record herein (Doc. Nos. 5, 8), and after careful review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 17), to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 17) is **APPROVED** and **ADOPTED**;

2. The relief sought in Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 9) is **GRANTED**;

3. This case is **REMANDED** to the Commissioner of Social Security so that the ALJ can: (a) discuss the evidence and provide an adequate explanation of the weight accorded to Dr. Goebel's report and explain her determination that Plaintiff's impairment does not meet the "paragraph C" criteria for the relevant listed impairments; (b) properly assess Plaintiff's credibility, properly weigh the medical opinion evidence, and reassess Plaintiff's mental RFC; and (c) properly apply Plaintiff's age on her last insured date and explicitly incorporate that age in her hypothetical questions to the VE;

4. **JUDGMENT** is entered in favor of Plaintiff Karen Ann Preston, and against Defendant Nancy A. Berryhill, Commissioner of Social Security;

5. The Clerk of Court shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
December 5, 2019                                        Paul S. Diamond, J.